# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-1063

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | District of Minnesota. |
| Robert Lloyd Williams, also known as | * | |
| "Cart-Rob," | * | **[UNPUBLISHED]** |
| | * | |
| Appellant. | * | |

_____

Submitted:  December 7, 2000
Filed:   January 9, 2001

_____

Before RICHARD S. ARNOLD, LOKEN, and HANSEN, Circuit Judges.

_____

PER CURIAM.

After Robert Lloyd Williams pleaded guilty to conspiracy to distribute and possess with intent to distribute cocaine and cocaine base, in violation of 21 U.S.C. § 846, the district court[1] granted the government's departure motion, made under U.S.S.G. § 5K1.1 and 18 U.S.C. § 3553(e), and sentenced Williams to 120 months imprisonment and five years supervised release. On appeal, appointed counsel moved

_____

[1]The HONORABLE MICHAEL J. DAVIS, United States District Judge for the District of Minnesota.

to withdraw pursuant to <u>Anders v. California</u>, 386 U.S. 738 (1967), raising issues concerning the district court's refusal to grant Williams a mitigating-role reduction; the court's denial of his motion to depart downward under U.S.S.G. § 4A1.3; the court's drug-quantity finding; and its refusal to depart below the mandatory minimum. Williams has not filed a pro se supplemental brief.

The foregoing arguments fail. Williams stipulated in his plea agreement that a mitigating role-reduction would not apply, <u>see</u> <u>United States v. Nguyen</u>, 46 F.3d 781, 783 (8th Cir. 1995), and the drug quantity that he contends he should be responsible for produces a Guidelines range that is still above the 120-month departure sentence he received, <u>see</u> <u>United States v. Wyatt</u>, 26 F.3d 863, 864 (8th Cir. 1994) (per curiam). His remaining arguments, like his drug-quantity challenge, would require us to examine the extent of the district court's departure, which we will not do. <u>See</u> <u>United States v. Dutcher</u>, 8 F.3d 11, 12 (8th Cir. 1993).

In accordance with <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we have reviewed the record for any non-frivolous issue. As we have found none, we now affirm and grant counsel's motion to withdraw.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.